## John NORBERG

v.

## Israel PEARLMAN d/b/a Sterling Shoe Store.

### No. 80–273–M.P.

Supreme Court of Rhode Island.

Aug. 28, 1980.

Dennis J. Roberts II, Atty. Gen., William G. Brody, Asst. Atty. Gen., Perry Shatkin,

Chief Legal Officer, Taxation, Providence, for plaintiff–respondent.

Pearlman & Vogel, Thomas W. Pearlman, Providence, for defendant–petitioner.

ORDER

The petition for writ of certiorari is denied.